W. H. SIMMONS, PLAINTIFF IN ERROR, VS. THE STATE OF FLORIDA, DEFENDANT IN ERROR.

Appellate Practice—Return Day of Writs of Error—Void Writ. When a Writ of Error is issued on a day *within* a pending term of the appellate court, and is made returnable to a day *within the same pending term*, it is void and does not confer jurisdiction to such appellate court to hear or determine the cause, and it will be dismissed.

Writ of Error to the Circuit Court for Duval County.

The facts in the case are stated in the opinion of the Court.

*W. P. Ward* for Plaintiff in Error.

*The Attorney General* for Defendant in Error.

PER CURIAM:

The writ of error in this case is from the Criminal Court of Record of Duval county, and was issued on the 30th day of March, A. D. 1898, and made returnable to the 15th day of May, A. D. 1898, being issued on a day within the January term, 1898, of this court, and made returnable to a day within the same term, which was contrary to law, and the writ of error being therefore void, this court is without jurisdiction to hear or determine the same, and it is hereby dismissed.